# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 14, 2019**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> IVAN RENTERIA CASTILLO, (1) <br> and <br> DUVIEL HUMBERTO SOLARES GASTELUM (2) | Case No. 4:19-mj-07093-MKD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Franklin (MKD)

On or about the 9th day of August 2019, in the county of ~~Benton~~ in the Eastern District of Washington, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Possession with the Intent to Distribute 500 Grams or more of a mixture or substance containing a Detectable amount of Methamphetamine |

This complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature
TFO Alice Rogers, Federal Bureau of Investigation
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 8/14/2019

_____
Judge's signature
Mary K. Dimke., United States Magistrate Judge
Printed name and title

City and state: Yakima, Washington