PENALTY SLIP

DEFENDANT NAME: **IVAN RENTERIA CASTILLO**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2019

SEAN F. McAVOY, CLERK

TOTAL NO. COUNTS: 1

VIO: **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**Possession with the Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine**

PENALTY: **CAG not less than 10 years nor more than life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release; a**
**$100 special penalty assessment; and**
**denial of certain federal benefits pursuant to 21**
**U.S.C. §§ 862 and 862a**

CASE
NO.         4:19-mj-07093-MKD-1

AUSA
INITIAL         SAV