William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 20 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE. WASHINGTON

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **4:19-CR-6049-SMJ** |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine |
| IVAN RENTERIA CASTILLO and DUVIEL HUMBERTO SOLARES GASTELUM, | |
| Defendants. | 21 U.S.C. § 853 Forfeiture Allegation |

The Grand Jury charges:

On or about August 9, 2019, in the Eastern District of Washington, the

Defendants, IVAN RENTERIA CASTILLO and DUVIEL HUMBERTO

SOLARES GASTELUM, did knowingly and intentionally possess with the intent

to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT – 1

1

2

3

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and

4

incorporated by reference for the purpose of alleging forfeitures.

5

6

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of

7

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), as set forth in this Indictment, the

8

9

Defendants, IVAN RENTERIA CASTILLO, and DUVIEL HUMBERTO

10

SOLARES GASTELUM, shall forfeit to the United States of America, any

11

property constituting, or derived from, any proceeds obtained, directly or

12

13

indirectly, as the result of such offense(s) and any property used or intended to be

14

used, in any manner or part, to commit or to facilitate the commission of the

15

offense(s).

16

17

If any of the property described above, as a result of any act or omission of

18

the Defendants:

19

20

    a.      cannot be located upon the exercise of due diligence;

21

    b.      has been transferred or sold to, or deposited with, a third party;

22

    c.      has been placed beyond the jurisdiction of the court;

23

    d.      has been substantially diminished in value; or

24

    e.      has been commingled with other property which cannot be divided
             without difficulty,

25

26

27

28

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).

DATED this 20 day of August 2019.

A TRUE BILL

William D. Hyslop
United States Attorney

Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3