AMENDED PENALTY SLIP

DEFENDANT NAME: **IVAN RENTERIA CASTILLO**

TOTAL NO. COUNTS:   1

VIO:  **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine**

PENALTY:  **CAG not less than 10 years up to life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a;**
**Deportation**

**21 U.S.C. § 853 – Forfeiture Allegation**

CASE NO.  4:19-CR-06049-SMJ-1

AUSA INITIAL  SAV