William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN RENTERIA CASTILLO,<br>██████████████<br><br>Defendants. | 4:19-CR-06049-SMJ<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii) and (viii), 846 Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine and 5 Kilograms or More of Cocaine (Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 2)<br><br>21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by on or about October 2018, and continuing until on or about February 18, 2020, in the Eastern District of

SUPERSEDING INDICTMENT – 1

Washington and elsewhere, the Defendants, IVAN RENTERIA CASTILLO, ███████████████████████████████████, did knowingly and intentionally combine, conspire, confederate and agree together with each other and other persons, both known and unknown to the Grand Jury, to commit the following offenses: possession with the intent to distribute and distribution of 50 grams or more of actual Methamphetamine and 5 kilograms or more of a mixture or substance containing a detectable amount of Cocaine, both Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) and (viii), all in violation of 21 U.S.C. § 846.

COUNT 2

On or about August 9, 2019, in the Eastern District of Washington, the Defendants, IVAN RENTERIA CASTILLO████████████████████████████████████████ did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii) and (viii), 846 and/or 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), as set forth in this Indictment, the Defendants, IVAN RENTERIA CASTILLO, ████████████████████████████████████ shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

SUPERSEDING INDICTMENT – 2

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

$1,000.00 U.S. currency seized from ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ on or about August 9, 2019.

If any of the property described above, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ___ day of February, 2020.

A TRUE BILL

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_____
William D. Hyslop
United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

SUPERSEDING INDICTMENT – 3