FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 19 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

PENALTY SLIP
SUPERSEDING INDICTMENT
4:19-CR-06049-SMJ-1

DEFENDANT NAME:   IVAN RENTERIA CASTILLO

TOTAL NO. COUNTS:  2

**VIO: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii) and (viii), 846**
Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine and 5 Kilograms or More of Cocaine
(Count 1)

PENALTY: **CAG not less than 10 years nor more than life;**
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a

**VIO: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine
(Count 2)

PENALTY: **CAG not less than 10 years no more than life;**
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a

**Notice of Criminal Forfeiture Allegations:**
21 U.S.C. § 853

CASE
NO.         4:19-CR-06049-SMJ-1

AUSA       SAV
INITIAL_____