William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN RENTERIA CASTILLO,<br><br>Defendant. | Case No.: 4:19-CR-06049-SMJ-1<br><br>Motion For Extension Of Time To File Response to Defendant's Motion to Dismiss Indictment (ECF No. 85) |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion For Extension Of Time To File Response to Defendant's Motions.

On Monday, March 02, 2020, counsel for Defendant, IVAN RENTERIA CASTILLO, filed a Motion to Dismiss Indictment (ECF No. 85) in cause number 19-CR-6049.

Motion For Extension Of Time To File Response to Defendant's Motion to Dismiss Indictment – 1

The United States respectfully requests additional time to respond until Friday, March 13, 2020. Assigned AUSA has been attending training outside of the district. Moreover, assigned AUSA has recently become ill with the flu and needs additional time to respond with clarity in this cause, to include the inclusion of relevant exhibits.

On March 6, 2020 at 10:50 am, the assigned AUSA contacted defense in reference to this motion. At time of this filing he has yet to respond.

Dated: March 6, 2020.

William D. Hyslop
United States Attorney

*Stephanie Van Marter*

Stephanie A. Van Marter
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam R. Pechtel
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336

_____
Stephanie A. Van Marter
Assistant United States Attorney