Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza, Jr.

| United States of America, | No. 4:19-CR-6049-SMJ-1 |
|---|---|
| Plaintiff, | |
| v. | Notice of Regarding Joint Status Report |
| Ivan Renteria Castillo, | |
| Defendant. | |

Defendant Castillo submits this notice to clarify ambiguity in the "joint status report," ECF No. 91, recently filed by the Government. While the Government correctly recites Defendant Castillo's objection to any continuance, the Government goes ont to say:

> Given the joinder of Defendant's for trial in this matter and the Superseding Indictment as well as existing scheduling conflicts and now delays due to emergent health issues

Notice re Joint Status Report - 1

across the country, the parties submit this continuance should be granted and new case management order imposed. The parties agree that a Jury Trial date of June 15, 2020 will likely be sufficient time to address any remaining issues and prepare for trial. The parties further agree to the following new case management dates in this cause.

ECF No. 91 at 3. Please take notice that "the parties" as referenced in the Government's pleading does not include Defendant Castillo and that Defendant Castillo does not submit to the Court that the continuance should be granted.

Dated: March 16, 2020

Respectfully Submitted,

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Notice re Joint Status Report - 2

SERVICE CERTIFICATE

I certify that March 16, 2020, I electronically filed the foregoing Notice of unavailability with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Notice re Joint Status Report - 3