# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. IVAN RENTERIA CASTILLO**    Case No.    4:19-CR-6049-SMJ-1

**Arrangement on Superseding Indictment:**                                        03/17/2020

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Pam Howard, Courtroom Deputy [Tele] | ☒ | Adam Pechtel and Douglas McKinley, Defense Atty |
| ☐ | US Probation / Pretrial Services Officer | ☒ | Interpreter – Kenneth Barger |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of charging document | | |
| ☒ | Defendant waived reading of charging document | | |
| ☐ | Charging document read in open court | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: Ivan Renteria Castillo.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined. Issue of detention not before the Court. Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.