FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-06049-SMJ-1 |
| Plaintiff, | ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT |
| vs. | |
| IVAN RENTERIA CASTILLO, | |
| Defendant. | |

On Tuesday, March 17, 2020, Defendant was arraigned on the Superseding Indictment (ECF No. 65). Defendant appeared, in custody, with court-appointed counsel Adam Pechtel and Douglas McKinley and was assisted by federal court-certified interpreter Kenneth Barger. Assistant United States Attorney Stephanie Van Marter represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON SUPERSEDING INDICTMENT- 1

1   The Court appointed counsel to represent Defendant (ECF Nos. 7, 64) and
2   addressed detention (ECF No. 19) in previous orders.
3   Defendant is bound over to Judge Salvador Mendoza, Jr. for further
4   proceedings.
5   The Court directs the parties to review the Local Criminal Rules governing
6   discovery and other issues in this case.  http://www.waed.uscourts.gov/court-
7   info/local-rules-and-orders/general-orders.
8   DATED this March 17, 2020.

9   s/*Mary K. Dimke*
    MARY K. DIMKE
10  UNITED STATES MAGISTRATE JUDGE

11
12
13
14
15
16
17
18
19
20