William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 4:19-CR-06049-SMJ |
| v. | ) |
| | ) Revised Status Report, Motion to |
| IVAN RENTERIA CASTILLO and | ) Set New Trial Date and Proposed |
| DUVIEL HUMBERTO SOLARES | ) Scheduling Order |
| GASTELUM, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Revised Status Report.

A status report was previously filed on March 16, 2020. ECF 92. Since that filing, the United States has filed responses to Defendant Renteria Castillo's motions. Additionally, on March 19, 2020 in response to the COVID-19 outbreak, a general Order was issued from the Chief District Court Judge for the

Revised Status Report, Motion to Set New Trial Date and Proposed Scheduling Order- 1
Status.docx

Eastern District of Washington, vacating all court matters at this point, from March 19, 2020 until April 13, 2020. This includes vacating the previously existing scheduling orders. The General Order also provided the following findings as to the application of the Speedy Trail Act:

> As to pending criminal cases, the Court finds, given the outbreak of the COVID-19, that rescheduling in-person hearings set in the near future would result in minimizing undue risk to defendants, counsel, law enforcement, Court staff, grand jurors, petit jurors, witnesses, and the public at large. The Court also finds current public health advisories reduce the Court's ability to obtain an adequate spectrum of jurors and curtails the availability of counsel and Court staff to be present in the courtroom. Therefore, the Court finds, based on the widespread nature of the risks posed by COVID-19, that the ends of justice served by resetting hearings in all pending criminal cases during this period outweigh the best interest of the public and each affected
>
> L ORDER NO. 20-101-1 ~ 2
>
> defendant in speedy trials, and the period between the date of entry of this Order and April 14, 2020, may be excluded from Speedy Trial Act calculations. *See* 18 U.S.C. § 3161(h)(7)(A). Findings of excludable delay will be entered contemporaneously in each individual case, along with an amended scheduling order;

Revised Status Report, Motion to Set New Trial Date and Proposed Scheduling Order- 2
Status.docx

The United States has contacted counsel and understands that Mr. Marchi will be filing a motion to continue the trial date with a statement of reasons on behalf of his client.  Defendant Renteria Castillo objects to any continuance and therefore, any further reference to "parties" is only in reference to the United States and Co-Defendant Solares Gastelum.  Defendant Renteria Castillo's objection has been noted on multiple occasions.

The Court's deputy contacted the parties to advise of a new proposed PT conference date in order to address Mr. McKinley's scheduling conflict and further requested a revised case management proposal be filed.  Here is the revised case management proposal[1].

|  | **Recommended Dates** |
| --- | --- |
| Any new Pretrial motions, including discovery motions, Daubert motions, and motions in limine, filed | April 14, 2020 |
| PRETRIAL CONFERENCE and motion hearing- Deadline for motions to continue trial trial) | *May 13, 2020 at 9:00am* |
| CI's identities, and willingness to be interviewed disclosed to Defendant | May 15, 2020 |
| Grand jury transcripts disclosed to Defendant | May 15, 2020 |

---

[1] The United States is mindful there may be need for additional continuances depending on the status of the COVID-19 protocols.

Revised Status Report, Motion to Set New Trial Date and Proposed Scheduling Order- 3
Status.docx

| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to Court | June 8, 2020 |
|---|---|
| Exhibit Lists and Witness Lists filed and emailed to the Court | June 8, 2020 |
| Delivery of JERS – compatible digital evidence files to the Courtroom deputy | June 8, 2020 |
| Technology readiness meeting (in-person) | June 11, 2020 |
| FINAL PRETRIAL CONFERENCE- | 9:00 a.m. first day of trial |
| JURY TRIAL | ***June 15, 2020 at 9:00am*** |

DATED this 25th day of March 2020.

                William D. Hyslop
                United States Attorney

                *s/Stephanie Van Marter*

                Stephanie Van Marter
                Assistant United States Attorney

# CERTIFICATION

I hereby certify that on March 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Adam R Pechtel
adam@pechtellaw.com
Douglas E McKinley
doug@mckinleylaw.com
Attorneys for Ivan Renteria Castillo (1)

Nicholas Wright Marchi
nmarchi@carmarlaw.com
Attorney for Duviel Humberto Solares Gastelum (2)

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Revised Status Report, Motion to Set New Trial Date and Proposed Scheduling Order- 5
Status.docx