FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-cr-06049-SMJ-1 |
| | 4:19-cr-06049-SMJ-2 |
| Plaintiff, | |
| v. | **ORDER RESETTING PRETRIAL CONFERENCE, TRIAL, AND RELATED CASE MANAGEMENT DEADLINES** |
| IVAN RENTERIA CASTILLO (01), DUVIEL HUMBERTO SOLARES GASTELUM (02), | |
| Defendants. | |

Pursuant to Eastern District of Washington General Order No. 20-101-1, and in light of the evolving public health crisis caused by the outbreak of the Coronavirus Disease 2019 (COVID-19) and the recently-declared national emergency, the Court finds the interests of justice require the pretrial conference, currently set for April 2, 2020, be **RESET** to May 13, 2020. The Court also finds the resulting delay requires the jury trial, currently set to commence on April 27, 2020, be **RESET** to June 15, 2020.[1] Specifically, the Court finds failing to

---

[1] The Court notes Defendant Gastelum (02) filed a motion to continue the pretrial conference and trial date in light of the Superseding Indictment, ECF No. 76, though Defendant Castillo (01) objected to the requested continuance. *See* ECF No. 98. Given the ongoing public health crisis, the Court finds a continuance in the interests of justice and therefore Defendant Gastelum's (02) Motion to Continue Trial Date

ORDER RESETTING PRETRIAL CONFERENCE, TRIAL, AND RELATED CASE MANAGEMENT DEADLINES – 1

reschedule the pretrial conference poses an undue risk of transmission of the virus, including to Defendants, counsel, Court staff, law enforcement personnel, and the public at large. Moreover, the impact of public health advisories has reduced the availability of Court staff to conduct the hearing as scheduled.

Accordingly, **IT IS HEREBY ORDERED**:

1. The pretrial conference, currently set for April 2, 2020, is **STRICKEN** and **RESET** to **May 13, 2020 at 9:00 A.M. in Richland**.

2. The jury trial currently set to commence on April 27, 2020, is **STRICKEN** and **RESET** to **June 15, 2020 at 9:00 A.M. in Richland**. The final pretrial conference will commence at **8:30 A.M.** on the first day of trial.

3. The Court finds, given the outbreak of the COVID-19 virus, that failing to reschedule the hearing would result in undue risk to Defendants, counsel, law enforcement, Court staff, and the public at large. The Court also finds the impact of public health advisories on the availability of Court staff requires the hearing be rescheduled. The Court, therefore, finds the ends of justice served by resetting the

---

and Pre-Trial Conference and Reset Deadlines, ECF No. 98, is **DENIED AS MOOT**. Nevertheless, the Court adopts the case management deadlines Defendant Gastelum (02) and the Government proposed in connection with that motion, *see* ECF No. 99 at 3–4, as those parties conferred and found them agreeable.

ORDER RESETTING PRETRIAL CONFERENCE, TRIAL, AND RELATED CASE MANAGEMENT DEADLINES – 2

hearing in this matter outweigh the best interest of the public and Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**4.** Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **April 2, 2020**, the date of the original pretrial conference, through **May 13, 2020**, the date of the rescheduled pretrial conference, as the period of delay required by the interests of justice.

**5.** In light of the delay associated with this Order, the remaining case management dates and deadlines in this matter are amended as follows:

|  | **Current Date/Deadline** | **Revised Date/Deadline** |
|---|---|---|
| **All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed** | **PASSED** | **April 14, 2020** |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | **April 2, 2020 9:30 AM - RICHLAND** | **May 13, 2020 9:00 AM - RICHLAND** |
| CIs' identities and willingness to be interviewed disclosed to Defendants (if applicable) | **March 27, 2020** | **May 15, 2020** |
| Grand jury transcripts produced to Defendants<br>　　Case Agent:<br>　　CIs:<br>　　Other Witnesses: | **March 27, 2020**<br>**March 27, 2020**<br>**March 27, 2020** | **May 15, 2020**<br>**May 15, 2020**<br>**May 15, 2020** |
| Exhibit lists filed and emailed to the Court | **April 20, 2020** | **June 8, 2020** |
| Witness lists filed and emailed to the Court | **April 20, 2020** | **June 8, 2020** |

ORDER RESETTING PRETRIAL CONFERENCE, TRIAL, AND RELATED CASE MANAGEMENT DEADLINES – 3

| | | | |
|---|---|---|---|
| 1, 2 | Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **April 20, 2020** | **June 8, 2020** |
| 3 | Exhibit binders delivered to all parties and to the Court | **April 20, 2020** | **June 8, 2020** |
| 4, 5 | Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **April 20, 2020** | **June 8, 2020** |
| 6 | Trial notices filed with the Court | **April 20, 2020** | **June 8, 2020** |
| 7 | Technology readiness meeting (in-person) | **April 24, 2020** | **June 11, 2020** |
| 8, 9 | **JURY TRIAL** | **April 27, 2020 9:00 AM - RICHLAND** | **June 15, 2020 9:00 AM - RICHLAND** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 31st day of March 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER RESETTING PRETRIAL CONFERENCE, TRIAL, AND RELATED CASE MANAGEMENT DEADLINES – 4