FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN RENTERIA CASTILLO, (01)<br>DUVIEL HUMBERTO SOLARES<br>GASTELUM, (02)<br><br>Defendants. | No.  4:19-cr-06049-SMJ-01<br>     4:19-cr-06049-SMJ-02<br><br>**ORDER RESETTING PRETRIAL CONFERENCE, TRIAL, AND RELATED CASE MANAGEMENT DEADLINES** |

Pursuant to Eastern District of Washington General Order No. 20-101-4, and in light of the evolving public health crisis caused by the outbreak of the Coronavirus Disease 2019 (COVID-19) and the recently-declared national emergency, the Court finds the interests of justice require Defendant Castillo's (01) Motion to Dismiss Indictment hearing, currently set for May 13, 2020, be **RESET** to June 17, 2020. In addition, the Court also finds the Pretrial Conference and Defendant Castillo's (01) Motion in Limine, currently set for May 13, 2020, be **RESET** to July 2, 2020. The Court also finds the resulting delay requires the jury trial, currently set to commence on June 15, 2020, be **RESET** to July 20, 2020. Specifically, the Court finds failing to reschedule the Motion to Dismiss hearing

ORDER RESETTING HEARING – 1

poses an undue risk of transmission of the virus, including to Defendant, counsel, Court staff, law enforcement personnel, and the public at large. Moreover, the impact of public health advisories has reduced the availability of Court staff to conduct the hearing as scheduled.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Castillo's (01) Motion to Dismiss Indictment, **ECF No. 85,** currently set for May 13, 2020, is **STRICKEN** and **RESET** to **June 17, 2020 at 9:00 A.M. in Richland.**

2. The pretrial conference and Defendant Castillo's (01) Motion in Limine, **ECF No. 86**, currently set for May 13, 2020, is **STRICKEN** and **RESET** to **July 2, 2020** at **1:30 P.M.** in **Richland**.

3. The jury trial, currently set to commence on June 15, 2020, is **STRICKEN** and **RESET** to **July 20, 2020 at 9:00 A.M.** in **Richland**. The final pretrial conference will commence at **8:30 A.M.** on the first day of trial.

4. The Court finds, given the outbreak of the COVID-19 virus, that failing to reschedule the hearing would result in undue risk to Defendant, counsel, law enforcement, Court staff, and the public at large. The Court also finds the impact of public health advisories on the availability of Court staff requires the hearing be rescheduled. The

ORDER RESETTING HEARING – 2

Court, therefore, finds the ends of justice served by resetting the hearing in this matter outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **May 13, 2020** the date of the original hearing, through **June 17, 2020**, the date of the rescheduled hearing, as the period of delay required by the interests of justice.

6. In light of the delay associated with this Order, the remaining case management dates and deadlines in this matter are amended as follows:

|  | Current Date/Deadline | Revised Date/Deadline |
|---|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | April 14, 2020 | Passed |
| Defendant Castillo's (01) Motion to Dismiss Indictment, ECF No. 85 | May 13, 2020 9:00 AM – Richland | June 17, 2020 9:00 AM – Richland |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | May 13, 2020 9:00 AM - RICHLAND | July 2, 2020 1:30 PM - RICHLAND |
| Defendant Castillo's (01) Motion in Limine, ECF No. 86 | May 13, 2020 9:00 AM – Richland | July 2, 2020 1:30 PM – Richland |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | May 15, 2020 | July 6, 2020 |

ORDER RESETTING HEARING – 3

| | | | |
|---|---|---|---|
| Grand jury transcripts produced to Defendant<br>　　　Case Agent:<br>　　　CIs:<br>　　　Other Witnesses: | <br>May 15, 2020<br>May 15, 2020<br>May 15, 2020 | <br>July 6, 2020<br>July 6, 2020<br>July 6, 2020 | |
| Exhibit lists filed and emailed to the Court | June 8, 2020 | July 14, 2020 | |
| Witness lists filed and emailed to the Court | June 8, 2020 | July 14, 2020 | |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | June 8, 2020 | July 8, 2020 | |
| Exhibit binders delivered to all parties and to the Court | June 8, 2020 | July 10, 2020 | |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | June 8, 2020 | July 14, 2020 | |
| Trial notices filed with the Court | June 8, 2020 | July 10, 2020 | |
| Technology readiness meeting (in-person) | June 11, 2020 | July 14, 2020 | |
| **JURY TRIAL** | **June 15, 2020 9:00 AM - RICHLAND** | **July 20, 2020 9:00 AM - RICHLAND** | |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 17th day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER RESETTING HEARING – 4