Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza Jr.

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>v.<br><br>Ivan Renteria Castillo.<br><br>                              Defendant. | No. 4:19-CR-6049-SMJ-1<br><br>Motion to Expedite Hearing on Defendant Castillo's Motion to Dismiss Indictment<br><br>May 21, 2020 at 6:00 PM<br>*Without oral argument* |

Defendant asks the court to expedite the hearing of Defendant Castillo's Motion to Dismiss Indictment, ECF No. 85. This motion comes before the court pursuant to LR 7.1(h)(2(C), which states:

> …To seek an expedited hearing on a time sensitive matter, the moving party must file a motion to expedite which: 1) demonstrates good cause; 2) states the position of the opposing pro se party or counsel; and 3) sets a date of hearing that is not less than 7 days after the motion's filing.

Motion to Expedite - 1

Opposing counsel does not object to expediting the hearing on the Motion to Dismiss (ECF No. 85).

Furthermore, good cause exists to consider the motion on an expedited basis. The Government charged Defendant Castillo by complaint on August 14, 2019 with one count of possession with intent to distribute methamphetamine. ECF No. 1. The Grand Jury returned an indictment for the same charge on August 20, 2019. ECF No. 24. The Grand Jury returned a superseding indictment on February 19, 2020. ECF No. 67. This superseding indictment charged Defendant Castillo with two counts: (1) conspiracy to distribute methamphetamine, and (2) possession with intent to distribute methamphetamine. Count two in the superseding indictment is identical to count one in the original indictment. *Compare* ECF Nos. 24 and 67.

On March 2, 2020, Defendant Castillo moved the Court to dismiss the indictment against him because the Government violated his Sixth Amendment right to compulsory process by deporting a critical witness, Efrain Carrillo Gonzalez. ECF No. 85. The hearing on that motion was set for oral argument at the pretrial conference, then scheduled for April 2, 2020. ECF Nos. 63, 85. As

a result of the COVID-19 pandemic, on March 31, 2020, the Court continued the pretrial conference to April 2, 2020. ECF No. 101. For the same reasons, on April 17, 2020, the Court again continued the pretrial conference to May 13, 2020, but set the hearing on Defendant Castillo's Motion to Dismiss for June 17, 2020. ECF No. 103.

Without revealing attorney work-product (viz. trial strategy), Defendant Castillo's counsel represents to the Court that the resolution of the Motion to Dismiss is critical to his client's defense. Defendant Castillo's counsel originally sought oral argument through videoconference technology, but later realized the Court's orders did not authorize videoconference hearings for this motion. Good cause exists to expedite the hearing on the Motion to Dismiss so that Defendant Castillo can effectively, adequately, and properly prepare for trial.

X X X X

X X X

X X

X

1  The date of hearing for this motion to expedite is seven or more
2  days after the motion's filing.
3
4  Dated: May 14, 2020
5  Respectfully Submitted,
6
　　　　　　　　　　　　　　　　　s/Adam R. Pechtel
　　　　　　　　　　　　　　　　　Adam R. Pechtel/ WSBA #43743
7　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Pechtel Law PLLC
8　　　　　　　　　　　　　　　　21 N Cascade St
　　　　　　　　　　　　　　　　　Kennewick, WA 99336
9　　　　　　　　　　　　　　　　Telephone: (509) 586-3091
　　　　　　　　　　　　　　　　　Email: adam@pechtellaw.com
10
11
12
13
14
15
16
17
18
19
20

Motion to Expedite - 4

SERVICE CERTIFICATE

I certify that May 14, 2020, I electronically filed the foregoing Motion to Expedite with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following:

Stephanie Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Motion to Expedite - 5