# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>-vs-<br>IVAN RENTERIA CASTILLO,<br><br>                            Defendant. | Case No.    4:19-CR-6049-SMJ-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:    MAY 28, 2020<br>LOCATION:    RICHLAND<br>                          VIDEOCONFERENCE<br><br>**MOTION HEARING** |

| Hon. Salvador Mendoza, Jr. | | | |
|---|---|---|---|
| Cora Vargas | 02 | Kenneth Barger<br>Cristina Perez-Lopez | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter, appearing via telephone | | Adam Pechtel and Douglas McKinley, appearing via videoconference | |
| **Government Counsel** | | **Defense Counsel** | |

[ ] **Open Court**       [ ] **Chambers**       [XX] **Videoconference**

Defendant present, appearing by videoconference from the Benton County Jail

Defendant consents to proceeding via videoconference

Mr. Pechtel agrees to admission of the exhibits previously stipulated, but objects to the Government's recently produced proposed Exhibit Nos. 5 and 6
Response by Ms. Van Marter – agrees Court may proceed with using only stipulated exhibits
**Court**: Government's Exhibit Nos. 1 – 4 and Defendant's Exhibit No. 1 are admitted. The Court will exclude Government's proposed Exhibit Nos. 5 and 6 for this hearing

Mr. Pechtel moves to dismiss Indictment (ECF No. 85)
Ms. Van Marter argues resisting
Rebuttal argument by Mr. Pechtel
Additional comments by Ms. Van Marter

**COURT**: Defendant's Motion to Dismiss Indictment, ECF No. 85, is **GRANTED IN PART** - **Count 2** only of the Superseding Indictment is **DISMISSED**. The motion is denied to the extent co-defendant Duviel Humberto Solares Gastelum joined in the motion.

Mr. Pechtel requests leave of court to file a suppression motion
No objection by Ms. Van Marter
**Court**: counsel shall confer regarding deadlines and submit their proposed deadlines to the Court by Tuesday, June 2, 2020

**[XX]   ORDER FORTHCOMING**

| **CONVENED:**  5:03 P.M. | **ADJOURNED:**  6:15 P.M. | **TIME:**  1:12 HR. | **CALENDARED**  [ ] |
|---|---|---|---|