# EXHIBIT / WITNESS LIST

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| *UNITED STATES OF AMERICA*<br><br>*-vs-*<br><br>*IVAN RENTERIA CASTILLO* | **LOCATION:** Richland<br><br>**Case No.:** 4:19-CR-6049-SMJ-1 |

### MOTION TO DISMISS HEARING DATE: May 28, 2020

| **HON. SALVADOR MENDOZA, JR.** | Kim Allen | Cora Vargas |
|---|---|---|
| Presiding Judge | Court Reporter | Courtroom Deputy |

| Stephanie Van Marter | Adam Pechtel<br>Douglas McKinley |
|---|---|
| **Government Counsel** | **Defense Counsel** |

| Date | Exhibits Discussed | Testifying For | Name of Witness |
|---|---|---|---|
| | | Government | Alice Rogers, Task Force Office, FBI Safe Street Task Force |
| | | Government | Edgar Rogel, Special Agent, FBI Safe Streets Task Force |
| | | Government | Sgt. Brayden J. Moos, FBI Safe Streets Task Force |
| | | | |
| | | | |
| | | | |
| | | | |

**EXHIBIT / WITNESS LIST** - Page 2   *United States -vs- Renteria Castillo*
Case No. *4:19-CR-6049-SMJ-1*

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | | 5/28/2020 stipulated | | Affidavit in Support of GPS Ping Order (Discovery Pages 0000121-158, Exhibit Pages 001-038) |
| 2 | | | 5/28/2020 stipulated | | Affidavit in Support of Search Warrant for Black LG Cell Phone (Discovery Pages 0000326-360, Exhibit Pages 039-073) |
| 3 | | | 5/28/2020 stipulated | | Interview of Duviel Humberto Solares Gastelum (Discovery Pages 10000123-124, Exhibit Pages 074-075) |
| 4 | | | 5/28/2020 stipulated | | Interview of Efrain Carillo Gonzales (Discovery Pages 10000123-124, Exhibit Pages 076-077) |
| 5 | | | | | Transcription of Recorded Interview of Humberto Solares Gastelum (Exhibit Pages 078-110) |
| 6 | | | | | Transcription of Recorded Interview of Efrain Carillo Gonzales (Exhibit Pages 111-136) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | 1 | | 5/28/2020 stipulated | | Side-by-Side Translation of Recorded Interview of Efrain Carrillo Gonzalez (pp. 1000-1017) |
| | | | | | |
| | | | | | |

**Exhibits retained by counsel (hearing held videoconference due to COVID-19)**

Adam Pechtel                                                Stephanie Van Marter
Defense Counsel                                             Government Counsel