Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza, Jr.

| United States of America, | No. 4:19-CR-6049-SMJ-1 |
|---|---|
| Plaintiff, | |
| v. | Defendant Castillo's Notice of Compliance |
| Ivan Renteria Castillo, | |
| Defendant. | |

Please take notice that the office of Pechtel Law PLLC complied with their obligations and notifies the Court that the parties met and conferred per the Court's oral order on May 28th, 2020 and propose the following revised deadlines:

- Pretrial motions due: June 5, 2020
- Responses due: June 12, 2020
- Replies, if any, due: June 19, 2020

Notice of Compliance - 1

- Pretrial Conference: July 2, 2020 at 1:30 PM in Richland (no change)

Dated: June 1, 2020            Respectfully Submitted,

<u>s/Adam R. Pechtel</u>
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Notice of Compliance - 2

SERVICE CERTIFICATE

I certify that June 1, 2020, I electronically filed the foregoing Notice of compliance with the District Court Clerk using the CM/ECF System, which will send notification of such filing to the following: Stephanie Van Marter, Attorney for Plaintiff

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com

Notice of Compliance - 3