1
2
3
4
5
6

William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

7
8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

9

UNITED STATES OF AMERICA,

10

11                         Plaintiff,

12                    v.

13

IVAN RENTERIA CASTILLO,

14

15                      Defendant.

Case No.: 4:19-cr-06049-SMJ-1

Motion for Detention of Material
Witness

16

17      The United States, by and through William D. Hyslop, United States

18  Attorney for the Eastern District of Washington, and Stephanie Van Marter,

19  
20  Assistant United States Attorney for the Eastern District of Washington, moves the

21  Court 18 U.S.C. § 3144, which directs the Court back to the provisions of the Bail

22  
23  Reform Act 18 U.S.C. § 3142.

24      Since this witness has been deemed to be material in the underlying cause

25  number, the United States must ensure his availability to defense counsel.  As a

26  
27  result, the United States requests this Court to delay release, as authorized under 18

28  U.S.C. § 3144, until the parties arrange for defense counsel to interview this

Motion for Detention of Material Witness - 1

witness.  The United States agrees however, the parties may also be able to agree

upon conditions of release however, it must first meet its obligations with defense

counsel to ensure the witnesses availability.

WHEREFORE, the Government requests the Court enter an Order ordering

that the material witness in this cause identified as EFRAIN CASTILLO

GONZALEZ be detained without bail pending a future detention hearing.

Dated:  June 11, 2020.

William D. Hyslop
United States Attorney


s/ *Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion for Detention of Material Witness - 2

1

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to the following:

4

5

6

7

8

9

10

11

    Adam R Pechtel
    adam@pechtellaw.com
    Douglas E McKinley
    doug@mckinleylaw.com
    Attorneys for Ivan Renteria Castillo (1)

12

13

14

                               s/*Stephanie Van Marter*
                                 Stephanie Van Marter
                                 Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Detention of Material Witness - 3