1  Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
2  21 N Cascade St
Kennewick, WA 99336
3  Telephone: (509) 586-3091

4  Attorney for Defendant

5

6                    United States District Court
                  Eastern District of Washington
7            Before the Hon. Salvador Mendoza, Jr.

8  United States of America,
                                    No. 4:19-CR-6049-SMJ-1
9                        Plaintiff,

10 v.                                 Defendant Castillo's Response to
                                    Government's Motion to Expedite
11
Ivan Renteria Castillo,
12
                         Defendant.
13

14    Defendant Castillo does not object to the Court expediting

15 consideration of the Government's Motion for Reconsideration so

16 long as Defendant Castillo is give a meaningful opportunity to

17 respond to said motion. Defendant Castillo respectfully asks the

18 Court to set a (reasonable) expedited briefing schedule.

19    //

20    //

Response - 1

1    Dated: June 13, 2020            Respectfully Submitted,

2                                    s/Adam R. Pechtel
                                     Adam R. Pechtel/ WSBA #43743
3                                    Attorney for Defendant
                                     Pechtel Law PLLC
4                                    21 N Cascade St
                                     Kennewick, WA 99336
5                                    Telephone: (509) 586-3091
                                     Email: adam@pechtellaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Response - 2

1    SERVICE CERTIFICATE

2    I certify that June 13, 2020, I electronically filed the foregoing

3    Notice of compliance with the District Court Clerk using the

4    CM/ECF System, which will send notification of such filing to the

5    following:

6

7    Stephanie Van Marter, Attorney for Plaintiff

8

9                                              s/Adam R. Pechtel
                                               Adam R. Pechtel/ WSBA #43743
10                                             Attorney for Defendant
                                               Pechtel Law PLLC
11                                             21 N Cascade St
                                               Kennewick, WA 99336
12                                             Telephone: (509) 586-3091
                                               Email: adam@pechtellaw.com
13

14

15

16

17

18

19

20

Response - 3